UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

DEC 18 2019

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA §
§
v. §
§ Criminal No. 19 CR 902
LAURO GONZALEZ §
JULIAN GONZALEZ HERRERA §
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ §
§

**SEALED
INDICTMENT**

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

**UNSEALED Upon Arrest**

THE GRAND JURY CHARGES:

### Count One
(Conspiracy to Possess with Intent to Distribute Controlled Substances)

Beginning on or about January 1, 2019 and continuing thereafter to on or about the date of this indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**LAURO GONZALEZ
JULIAN GONZALEZ HERRERA**
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substances involved was a mixture or substance containing a detectable amount of methamphetamine and cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 846, 841(a)(1).

With respect to defendants **LAURO GONZALEZ** and **JULIAN GONZALEZ HERRERA**, the amount involved in the conspiracy attributable to each of them as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them is 500 grams or more of a mixture or substance containing a detectable amount of cocaine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 841(b)(1)(A) and 841(b)(1)(B).

With respect to ███████████████ the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Section 841(b)(1)(A) and 841(b)(1)(B).

### Count Two
(Possession with Intent to Distribute Cocaine)

On or about January 23, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**LAURO GONZALEZ**
**and**
**JULIAN GONZALEZ HERRERA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 500 grams, that is, approximately one (1) kilogram, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Three
(Possession with Intent to Distribute Methamphetamine)

On or about May 31, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**LAURO GONZALEZ**
**and**
**JULIAN GONZALEZ HERRERA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 500 grams, that is, approximately 5 kilograms, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Four
(Possession with Intent to Distribute Cocaine)

On or about July 23, 2019, in the Southern District of Texas and within the

jurisdiction of the Court, defendants

## LAURO GONZALEZ

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 500 grams, that is, approximately one (1) kilogram, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

Anibal J. Alaniz
Assistant United States Attorney

Casey N. MacDonald
Assistant United States Attorney