AO 455 (Rev. 1/09) Waver of an Indictment

# UNITED STATES DISTRICT COURT
## for the

Southern **DISTRICT OF** Texas

United States of America
v.

LAURO GONZALEZ

Case No: 4:19-cr-0902-S1

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/17/2024

_Defendant's signature_

_Signature of defendant's attorney_

Jose' L. Ramos
_Printed name of defendant's attorney_

_Judge's signature_

US Magistrate Judge Yvonne Y. Ho
_Judge's printed name and title_